**UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| STEPHEN BUSHANSKY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LA QUINTA HOLDINGS INC., KEITH A. CLINE, MITESH B. SHAH, JAMES R. ABRAHAMSON, GLENN ALBA, SCOTT O. BERGREN, ALAN J. BOWERS, HENRY G. CISNEROS, GIOVANNI CUTAIA, BRIAN KIM, and GARY M. SUMERS, <br><br> Defendants. | Case No. 3:18-cv-00648-K |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: October 1, 2018

By  /s/ William B. Federman
William B. Federman
Texas Bar No. 00794935
**FEDERMAN & SHERWOOD**
2926 Maple Ave., Suite 200
Dallas, Texas 75201
Telephone: (214) 696-1100
Facsimile: (214) 740-0112
Email: wbf@federmanlaw.com

*Attorneys for Plaintiff*

1

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com